IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**LOIS D. BOWERS,**

    **Plaintiff,**

  vs.                      **Civil Action 2:11-CV-845**
                                 **Judge Economus**
                                 **Magistrate Judge King**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

Upon plaintiff's own motion, Doc. No. 12, this action is hereby voluntarily **DISMISSED** with prejudice.

                                        *s/Norah McCann King*
                                          Norah M<sup>c</sup>Cann King
                                   United States Magistrate Judge

Date: January 24, 2012